UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BECKY NEW,

        Plaintiff,

        v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

Civil No. 05-938-PK

ORDER

HAGGERTY, Chief Judge:

    Magistrate Judge Papak has issued a Findings and Recommendation [29] in this action. The Magistrate Judge recommended that the Commissioner's final decision should be reversed and remanded for an award of benefits. No objections were filed, and the case was referred to me.

1 - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate.  *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record.  This court adopts the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [29] is adopted.  The Commissioner's final decision is reversed and remanded for an award of benefits.  A final judgment shall be entered pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

Dated this   11   day of December, 2006.


                                            /s /Ancer L. Haggerty  
                                              Ancer L. Haggerty  
                                      United States District Judge