WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED '07 MAR 14 10:58 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**BECKY NEW**,                   CV # 05-938-PK

    Plaintiff,

vs.                                        ORDER

**COMMISSIONER of Social Security**,

    Defendant.

---

    Attorney fees in the amount of $7,150.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

    DATED this 14th day of March, 2007.

                                       _____
                                       United States ~~District~~ / Magistrate Judge

Submitted on March 13, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1